# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through M.B. and L.H., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:21-CV-317 ) |
| GOVERNOR BILL LEE & KNOX COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Come now the Defendant Knox County Board of Education, by and through undersigned counsel, David M. Sanders and Amanda Lynn Morse, Deputy Law Directors, and hereby enter an appearance on behalf of the Defendant Knox County Board of Education, and hereby respectfully request the Clerk of the Court to enter said appearance into the record of the above-referenced proceeding.

Respectfully submitted.

s/David M. Sanders
David M. Sanders (BPR # 016885)

s/Amanda Lynn Morse
Amanda Lynn Morse (BPR # 032274)

Deputy Law Directors
Suite 612, City-County Building
400 Main Street
Knoxville, TN  37902
(865) 215-2327

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

                                                                s/David M. Sanders
                                                                David M. Sanders