UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**FILED**

SEP 10 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Receipt #K3043303

M.B., et al.

        Plaintiff,

v.

Lee, et al.

        Defendant.

Case No. 3:21-cv-00317

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Governor, Bill Lee**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Texas

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 8, 2021

*[Signature]*
(Signature—hand signed)

Name: Reed Smith, Acting Assistant Attorney General

Firm: Office of the Tennessee Attorney General
Address:

    P.O. Box 20207, Nashville, TN 37202

Email address: Reed.Smith@ag.tn.gov

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## REED NEAL SMITH

Bar Number:                                  Date of Admission:

24067875                                     08/26/2010

Witness my official signature and the seal of this court.

Dated: September 8, 2021                     Karen Mitchell,
                                             Clerk of Court

                                             By: /s/ L. Waits
                                                 Deputy Clerk

