# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: MISCELLANEOUS HEARING**

**Case 3:21-CV-317**

Date: 09/15/21

Time: 9:00 A.M – 12:30 P.M.
Time: 1:30 P.M – 4:35 P.M.

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy:   Kathy Hopson   Court Reporter:   Karen Bradley

**Plaintiff(s) M.B., L.H., M.W., J.W., K.P., & S.K Attorneys:** Jessica Salonus / Justin Gilbert

**Defendant Governor Bill Lee Attorneys:** Colleen Mallea / Reed Smith / Martha Campbell

**Defendant Knox County Board of Education Attorneys:** Amanda Morse / David Sanders

Miscellaneous Hearing held:

Rule requested

Opening statements made

Proof offered:

See witness/exhibit list filed on this date

TAKEN UNDER ADVISEMENT

ORDER TO ENTER