OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TENNESSEE

M.B., L.H., M.W., J.W., K.P., & S.K.

v.

GOVERNOR BILL LEE &
KNOX COUNTY BOARD OF EDUCATION

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21-CV-317

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| J. RONNIE GREER, USDJ | | | SALONUS / GILBERT | | MALLEA/SMITH/CAMPBELL/MORSE/SANDERS |
| TRIAL DATE (S) 09/15/21 | | | COURT REPORTER | | COURTROOM DEPUTY |
| MISCELLANEOUS HEARING | | | KAREN BRADLEY | | KATHY HOPSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | **09/15/21** | | | |
| W | | | | | ***ASHLEY PAQUETTE*** |
| W | | | | | ***DR. JASON YAUN*** (by phone) |
| W | | | | | ***DR. JENNIFER PATTON KER*** (by phone) |
| 1 | | | X | X | CV OF DR. JASON YAUN |
| 2 | | | X | X | CV OF DR. JENNIFER PATTON KER |
| | W | | | | ***TERESA NICHOLS,*** TN DEPARTMENT OF EDUCATION |
| | W | | | | ***RACHEL SUPPE,*** TN DEPARTMENT OF EDUCATION |
| | W | | | | ***JON RYSEWIK***, KNOX COUNTY SCHOOLS |
| | W | | | | ***JASON MYERS***, KNOX COUNTY SCHOOLS |
| | 3 | | X | X | TN DEPARTMENT OF EDUCATION POLICIES & PROCEDURES |
| | 4 | | X | X | COVID DASHBOARD |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages