UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

S.B., by and through his parents, M.B. and I.H., et

    Plaintiff,

v.

GOVERNOR BILL LEE,

    Defendant.

Case No. 3:21-cv-00317-JRG-D

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Tennessee Chapter of the American Academy of I, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York, District of Columbia

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/13/21

_____
(Signature–hand signed)

Name: Jeffrey B. Dubner
Firm: Democracy Forward Foundation
Address:
    655 15th St. NW, Suite 800, Washington, DC 20005

Email address: jdubner@democracyforward.org

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JEFFREY B. DUBNER

was, on the __7th__ day of __August__ A.D. __2017__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __8th__ day of __September__ A.D. __2021__.



*Angela D. Caesar*
**ANGELA D. CAESAR**, Clerk of Courts

By: *Natalee McClure*

**Deputy Clerk**

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__JEFFREY BENJAMIN DUBNER__ , Bar # __JD4545__

was duly admitted to practice in the Court on

__September 19, 2013__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    __September 14, 2021__
New York, New York

Ruby J. Krajick    By    s/ V. Bart
Clerk of Court            Deputy Clerk

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

## *Jeffrey B. Dubner*

*was duly admitted to practice in this Court on 9/2/2015 ,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 09/14/2021.*

*Kinikia D. Essix*
Clerk



Deputy Clerk

```
ORIGIN ID:VJIA  (202) 448-9090           SHIP DATE: 17SEP21
                                          ACTWGT: 0.15 LB
DEMOCRACY FORWARD FOUNDATION              CAD: 6995670/SSF02202
655 15TH ST NW STE 800

WASHINGTON, DC 20005                      BILL THIRD PARTY
UNITED STATES US
TO
   US DISTRICT COURT, EASTERN DISTRICT
   800 MARKET ST
   STE 130
   KNOXVILLE TN 37902
   (000) 000-0000        REF:
   PO:                   DEPT:
```



FedEx Express

MON - 20 SEP 4:30P
TRK# 2838 2698 1848    STANDARD OVERNIGHT
0201

SC RKWA                        37902
                         TN-US  TYS