# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:21-cv-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Defendant Bill Lee, in his official capacity as Governor of the State of Tennessee, hereby gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the district court's September 24, 2021 Memorandum and Order granting a preliminary injunction enjoining him from enforcing Executive Order No. 84 in Knox County, Tennessee, or allowing parents in Knox County to opt out of the Knox County Board of Education's mask mandate, including the legal conclusions and factual findings on which the Memorandum and Order is based. (*See* ECF No. 35.)

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

*/s/ Reed Smith*
*Reed Smith VA Bar No. 77334
Acting Assistant Attorney General
*Admitted Pro Hac Vice*
Colleen E. Mallea, (TN BPR No. 032238)
Assistant Attorney General
Martha H. McCampbell (TN BPR No. 013265)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov
Colleen.Mallea@ag.tn.gov
Marty.McCampbell@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of September, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

*/s/ Reed N. Smith*
Reed N. Smith, (VA BN 77334)*
Acting Assistant Attorney General
*Admitted Pro Hac Vice*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov