**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 27, 2021

Ms. Colleen Elizabeth Mallea
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ms. Jessica Farriis Salonus
Salonus Firm
139 Stonebridge Boulevard
Jackson, TN 38305

Re:  Case No. 21-5916, *M.B., et al v. Bill Lee*
     Originating Case No. 3:21-cv-00317

Dear Counsel,

   This case has been docketed as case number **21-5916**. It will be held in abeyance until after the district court rules on the pending motion to alter judgment, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

   In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

                                    Sincerely,

                                    s/Gretchen S. Abruzzo
                                    Case Manager
                                    Direct Dial No. 513-564-7018

cc:  Ms. LeAnna Wilson

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-5916

M.B., Parent Minor S.B.; L.H., Parent Minor S.B.; M.W., Parent Minor T.W.; J.W., Parent Minor T.W.; K.P., Parent Minor M.S.; S.K.

    Plaintiffs - Appellees

v.

GOVERNOR BILL LEE

    Defendant - Appellant