UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:21-cv-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, ) ) ) ) | |
| Defendants. ) | |

## AMENDED NOTICE OF APPEAL

Defendant Bill Lee, in his official capacity as Governor of the State of Tennessee, hereby gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the district court's September 24, 2021 Memorandum and Order, as well as the court's October 12, 2021 Amended Memorandum Opinion and Order granting a preliminary injunction, enjoining him from enforcing Executive Order No. 84 in Knox County, Tennessee, or allowing parents in Knox County to opt out of the Knox County Board of Education's mask mandate, including the legal conclusions and factual findings on which the aforementioned orders are based. (*See* ECF 35 and 48.)

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

*s/ Reed Smith*
*Reed Smith, VA Bar No. 77334
Acting Assistant Attorney General
*Admitted Pro Hac Vice*
Office of the Tennessee Attorney General
Health Care Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov

Colleen E. Mallea, BPR #032238
Assistant Attorney General
Education and Employment Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-2472
colleen.mallea@ag.tn.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of October, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

*s/ Reed N. Smith*
*Reed Smith, VA Bar No. 77334
Acting Assistant Attorney General
*Admitted Pro Hac Vice*