# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF S.B., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, M.B. AND L.H.; | ) ) ) ) |
| M.S., A MINOR STUDENT, BY AND THROUGH HER PARENT, K.P.; | ) ) ) ) |
| T.W., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, M.W. J.W., AND | ) ) ) ) |
| M.K. A MINOR STUDENT, BY AND THROUGH HER PARENT, S.K. | ) ) ) ) |
| PLAINTIFFS. | ) ) |
| VS. | ) ) No. 3:21−cv−00317−JRG−DCP |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, | ) ) ) ) |
| DEFENDANTS. | ) |

## DEMAND FOR TRIAL BY JURY

PLEASE TAKE NOTICE that Defendant Knox County Board of Education demands trial by jury in this action.

Respectfully submitted,

    s/David M. Sanders
    David M. Sanders (BPR # 016885)
    Amanda Lynn Morse (BPR # 032274)
    Deputy Law Director
    Suite 612, City-County Building
    400 Main Street
    Knoxville, TN 37902
    (865) 215-2327

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

                                    s/David M. Sanders
                                    David M. Sanders