UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 3:21-cv-00317-JRG-DCP |
| ) | |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR PERMISSION TO WITHDRAW

Assistant Attorney General Colleen Mallea respectfully moves this Court for permission to withdraw as counsel for Defendant Governor Bill Lee. As grounds, General Mallea will be leaving the Tennessee Attorney General's Office effective January 6, 2022, for employment in another position. Neither Plaintiffs nor Defendant Governor Lee will be prejudiced by this withdrawal as other members of the Tennessee Attorney General's Office—Acting Assistant Attorney General Reed Smith and Assistant Attorney General Martha McCampbell—presently represent Governor Lee and will continue to do so.

Respectfully submitted,

**HERBERT H. SLATERY III**
**ATTORNEY GENERAL AND REPORTER**

*s/ Colleen E. Mallea*
Colleen E. Mallea, BPR #032238
Assistant Attorney General
Tennessee Attorney General's Office
P.O. Box 20207

1

Nashville, TN 37202-0207
(615) 741-2472
colleen.mallea@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2021, a true and correct copy of the foregoing **Motion for Permission to Withdraw** filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows. Parties may access this filing through the Court's electronic filing system.

Justin S. Gilbert
GILBERT LAW, PLC
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
*Counsel for Plaintiffs*

Jessica F. Salonus
THE SALONUS FIRM, PLC
139 Stonebridge Boulevard
Jackson, TN 38305
*Counsel for Plaintiffs*

David M. Sanders
Amanda Lynn Morse
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
*Counsel for Knox County Board of Education*

*s/ Colleen E. Mallea*
Colleen E. Mallea, BPR #032238
Assistant Attorney General