RECEIVED
NOV 0 5 2021
Secretary of State
Tre Hargett



## STATE OF TENNESSEE
# EXECUTIVE ORDER
### BY THE GOVERNOR

No. 91

### AN ORDER EXTENDING EXECUTIVE ORDER 84

I, Bill Lee, Governor of the State of Tennessee, having declared a continuing state of emergency by Executive Order No. 90, dated November 5, 2021, and by virtue of the power and authority vested in me by the Tennessee Constitution and other applicable law, do hereby direct and order the extension of Executive Order 84.

This Order takes effect at 11:59 p.m., Central Time, on November 5, 2021, and shall remain in effect until 11:59 p.m., Central Time, on November 19, 2021.

**IN WITNESS WHEREOF,** I have subscribed my signature and caused the Great Seal of the State of Tennessee to be affixed this 5th day of November, 2021.

GOVERNOR

ATTEST:

SECRETARY OF STATE

