

RECEIVED
NOV 1 2 2021
Secretary of State
Tre Hargett

STATE OF TENNESSEE
# EXECUTIVE ORDER
### BY THE GOVERNOR

No. 92

### AN ORDER TERMINATING EXECUTIVE ORDER NO. 84, AS AMENDED BY EXECUTIVE ORDER NOS. 89 & 91, REGARDING MASK REQUIREMENTS IN SCHOOLS

**WHEREAS,** legislation from the Third Extraordinary Session of the 112th General Assembly was enacted today to address mask requirements in schools, which negates the need for Executive Order No. 84, as amended by Executive Order Nos. 89 and 91.

**NOW THEREFORE,** I, Bill Lee, Governor of the State of Tennessee, by virtue of the power and authority vested in me by the Tennessee Constitution and other applicable law, do hereby direct and order the termination of Executive Order No. 84, as amended by Executive Orders Nos. 89 and 91, effective immediately.

**IN WITNESS WHEREOF,** I have subscribed my signature and caused the Great Seal of the State of Tennessee to be affixed this 12th day of November, 2021.

_Bill Lee_
GOVERNOR

ATTEST:

_Tre Hargett_
SECRETARY OF STATE