

RECEIVED
NOV 0 5 2021
Secretary of State
Tre Hargett

## STATE OF TENNESSEE
# EXECUTIVE ORDER
### BY THE GOVERNOR

No. 90

### AN ORDER TO FACILITATE THE CONTINUED RESPONSE TO COVID-19 BY EXTENDING THE PROVISIONS OF EXECUTIVE ORDER 83

**WHEREAS,** ongoing regulatory flexibilities are necessary to respond to the impacts of COVID-19.

**NOW THEREFORE,** I, Bill Lee, Governor of the State of Tennessee, in order to facilitate regulatory flexibility in the healthcare system, economic and other recovery, and maintenance of federal compliance and eligibility, do hereby declare and recognize a continuing state of emergency and hereby order the extension of Executive Order 83.

This Order takes effect at 11:59 p.m., Central Time, on November 5, 2021, and shall remain in effect until 11:59 p.m., Central Time, on November 19, 2021.

**IN WITNESS WHEREOF,** I have subscribed my signature and caused the Great Seal of the State of Tennessee to be affixed this 5th day of November, 2021.

GOVERNOR

ATTEST:

SECRETARY OF STATE