UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| M.B., et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-CV-317 |
| | ) |
| GOVERNOR BILL LEE, et al. | ) |
| | ) |
| Defendant. | ) |

**FOURTH NOTICE OF FILING EXEMPTION REPORT UNDER SEAL**

Knox County Board of Education ("KCBOE") submits this notice that filed contemporaneous with this notice is the required report of mask exemptions within KCBOE for the month of January 2022. Defendant KCBOE has been ordered to file a monthly report with the Court "in which it identifies the number of exemptions it grants every month for students, employees, and visitors; the full names of the exempted individuals; and the specific reasons for their exemptions." [Doc. 48, PageID #: 1047].

KCBOE's updated mask exemption report is being filed under seal contemporaneously herewith. By way of summary, there have been two additional mask exemptions provided to students for a total of three hundred and sixty-one (361) active student exemptions.[1] Fourteen (14) staff/contractors have been granted a mask exemption.[2] There have been no changes to the mask exemptions provided staff members engaged in translating American Sign Language or

---

[1] The Confidential Mask Accommodation Report filed under seal reflects the total number three hundred and sixty-seven (367) student exemptions that have been granted; however, six (6) of those exemptions are no longer needed (and are so labelled on report) creating three hundred and sixty-one (361) active student exemptions.
[2] All of the staff/contractor mask exemptions are in the form of mask breaks, face shields or the use of clear barriers/social distancing to allow for the staff member to remove his/her face mask.

Speech/Language Pathologists providing small group explicit instruction for speech sound disorders.

>	Respectfully submitted,
>
>	s/David M. Sanders
>	David M. Sanders (BPR # 016885)
>	Amanda Lynn Morse (BPR # 032274)
>	Deputy Law Director
>	Suite 612, City-County Building
>	400 Main Street
>	Knoxville, TN  37902
>	(865) 215-2327

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular United States Mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

>	s/David M. Sanders
>	David M. Sanders