**From:** Gary Dupler <Gary.Dupler@knoxcounty.org>
**Sent:** Tuesday, January 25, 2022 3:09 PM
**To:** JENNIFER ATKINS <jennifer.atkins@knoxschools.org>; DAVID CLAXTON <david.claxton@knoxschools.org>; MICHELLE CLAYTON <michelle.clayton@knoxschools.org>; WINDY CLAYTON <windy.clayton@knoxschools.org>; KAREN FROST <karen.frost@knoxschools.org>; KIMBERLE HARRISON <kimberle.harrison@knoxschools.org>; DONNA PARKER <donna.parker@knoxschools.org>; CORY SMITH <cory.smith@knoxschools.org>; ASHLEY SPEAS <ashley.speas@knoxschools.org>
**Cc:** JULIE THOMPSON <julie.thompson@knoxschools.org>; DANNY TRENT <danny.trent@knoxschools.org>; Amanda Morse <amanda.morse@knoxcounty.org>; Amy Walker <Amy.Walker@knoxcounty.org>
**Subject:** Pictures for the ADA mask litigation (atty/client privilege)

Principals,

I hope you, your staff, and your students are doing well and staying healthy!

As part of the federal District Court litigation and the KCS court-ordered mask mandate, the Law Department's excellent investigator, Amy Walker, plans to spend a brief time at your school tomorrow to take some pictures to support our defense of the "mask case" and note KCS enforcement of mask usage. Amy will have her ID and will likely be smiling (you can even tell through the mask). She will be taking pictures of signage and staff with masks. She may also obtain pictures of students wearing masks, but any such pictures will be altered to protect student identities.

We are only taking pictures at select schools to obtain a cross-section of required mask enforcement in the district. We don't expect this to be bothersome, but we would much appreciate it if someone in your school would be able to provide directions to Amy regarding signage and best places to take some effective pictures.

Let me know if you have any questions.

Thanks, Gary

**Gary T. Dupler**
**Deputy Knox County Law Director**
**400 Main Street, Suite 612**
**or**
**UT Tower #655-A**
**505 Summer Place**
**Knoxville, Tennessee 37902**
**Office:  (865) 215-4261**

**Facsimile: (865) 215-3518**
gary.dupler@knoxcounty.org

This is a privileged and confidential communication under the common interest doctrine, joint defense agreement or attorney client privilege, and is intended only for the person(s) to whom it is addressed. It is not to be divulged in part or in whole, nor is the substance of it to be divulged in part or in whole, to anyone other than the addressee(s) without the express permission of the sender. If you have received this message and are not the intended recipient, please notify the Knox County Law Director's Office immediately at 865-215-4348, and delete the message from your system. Thank you.