# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| M.B., et al., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:21-CV-317 |
| GOVERNOR BILL LEE, et al. | ) ) ) | |
| Defendant. | ) | |

## KCBOE'S RESPONSE TO MOTION TO FILE EXHIBITS UNDER SEAL

In compliance with the Court's order, [Doc. 101], Knox County Board of Education ("KCBOE"), responds to Plaintiff's Motion to file exhibits under seal. [Doc. 97]. KCBOE responds as follows:

1. KCBOE does not object to the filing of Exhibits A and C to Doc. 96 under seal.

2. KCBOE does not assert that Exhibit E to Doc. 96 must be filed under seal as KCOBE does not assert any attorney-client privilege as to this document.

Respectfully submitted,

s/David M. Sanders
David M. Sanders (BPR # 016885)
Amanda Lynn Morse (BPR # 032274)
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
(865) 215-2327

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

s/David M. Sanders
David M. Sanders
