UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:21-CV-317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, and KNOX COUNTY BOARD OF EDUCATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Knox County Board of Education's Response to Motion to File Exhibits Under Seal [Doc. 104]. On February 4, 2022, Plaintiffs requested leave to file certain documents [Docs. 98-100] under seal in support of their motion to appoint court monitor, create a compliance plan, and for Knox County to show cause why contempt is not appropriate. The Court granted [Doc. 101] Plaintiffs' request with respect to [Docs. 98, 99]. With respect to [Doc. 100], given that it is an email disseminated from Knox County's legal department, the Court ordered Knox County Board of Education ("Board") to file a response indicating whether the Board objected to filing the document in the public record.

The Board responds that Exhibit E [Doc. 100] does not need to be filed under seal and that it is not claiming the attorney-client privilege as to the document. Based on the Board's response, the Court **DIRECTS** the Clerk to **UNSEAL** [**Doc. 100**].

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge