UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| M.B., et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     No. 3:21-CV-317 |
| | ) |
| GOVERNOR BILL LEE, et al. | ) |
| | ) |
|     Defendant. | ) |

**FIFTH NOTICE OF FILING EXEMPTION REPORT UNDER SEAL**

Knox County Board of Education ("KCBOE") submits this notice that filed contemporaneous with this notice is the required report of mask exemptions within KCBOE for the month of February 2022. Defendant KCBOE has been ordered to file a monthly report with the Court "in which it identifies the number of exemptions it grants every month for students, employees, and visitors; the full names of the exempted individuals; and the specific reasons for their exemptions." [Doc. 48, PageID #: 1047].

KCBOE's updated mask exemption report is being filed under seal contemporaneously herewith. By way of summary, due to multiple new enrollments and the provision of updated medical documentation, there have been fifteen additional mask accommodations provided to students for a total of three hundred and seventy-six (376) active student exemptions[1] and fifteen (15) staff/contractors have been granted a mask exemption.[2] There have been no changes to the

---

[1] The Confidential Mask Accommodation Report filed under seal reflects the total number three hundred and eighty-two (382) student exemptions that have been granted, however six (6) of those exemptions are no longer needed (and are so labelled on report) creating three hundred and seventy-six (376) active student accommodations (either the provision of mask breaks, face shields or full exemptions).

[2] All of the staff/contractor mask exemptions are in the form of mask breaks, face shields or the use of clear barriers/social distancing to allow for the staff member to remove his/her face mask.

mask exemptions provided staff members engaged in translating American Sign Language or Speech/Language Pathologists providing small group explicit instruction for speech sound disorders.

Respectfully submitted,

s/David M. Sanders
David M. Sanders (BPR # 016885)
Amanda Lynn Morse (BPR # 032274)
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
(865) 215-2327

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

s/David M. Sanders
David M. Sanders