UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, and KNOX COUNTY BOARD OF EDUCATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 3:21-CV-00317-JRG-DCP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Within sixty days of this Order's date, the parties **SHALL** utilize the Federal Mediation Program by attending a mediation conference. E.D. Tenn. L.R. 16.4(*l*). Within seven days of that conference, the mediator **SHALL** file a mediation report, and the parties **SHALL** ensure that he or she does so. E.D. Tenn. L.R. 16.4(m). This action is hereby **STAYED** pending the outcome of mediation.

So ordered.

ENTER:

                                                          s/J. RONNIE GREER
                                             UNITED STATES DISTRICT JUDGE