### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **M.B., et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:21-CV-317** |
| | ) | |
| **GOVERNOR BILL LEE, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### KCBOE'S RESPONSE TO PLAINTIFFS' MOTION TO MODIFY PRELIMINARY INJUNCTION

Knox County Board of Education ("KCBOE"), by and through undersigned counsel, respectfully submits this Response to Plaintiffs' Motion to Modify the Preliminary Injunction [Doc. 112]. For the reasons set forth in the contemporaneously-filed Motion to Dissolve the Preliminary Injunction [Doc. 119], KCBOE respectfully requests that the Court dissolve the preliminary injunction and no longer require KCBOE maintain a mandatory masking policy. KCBOE incorporates by reference the arguments made in the Motion to Dissolve as if fully set forth herein. In the alternative, and as a last resort, KCBOE acknowledges that the less-stringent masking requirements set forth in Plaintiffs' Motion to Modify [Doc. 112] are preferable over the current universal mask mandate.

Respectfully submitted,

s/David M. Sanders
David M. Sanders (BPR # 016885)
Amanda Lynn Morse (BPR # 032274)
Deputy Law Director
Suite 612, City-County Building
400 Main Street

1

Knoxville, TN  37902
(865) 215-2327

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular United States Mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

s/David M. Sanders
David M. Sanders