# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **M.B., et al.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GOVERNOR BILL LEE, et al.** )<br>)<br>Defendant. ) | No. 3:21-CV-317 |

## MOTION FOR CLARIFICATION AND/OR GUIDANCE

Comes Now Knox County Board of Education ("KCBOE"), by and through undersigned counsel, and respectfully Moves this Court for Clarification and/or Guidance with regard to the Order [Doc. 117] ("the Order") entered today by this Honorable Court.[1]

The Order compels the Parties to participate in the Federal Mediation Program in an attempt to resolve the case, and additionally recites that "[t]his action is hereby **STAYED** pending the outcome of mediation." It is regarding this sentence that KCBOE seeks clarification. KCBOE moves this Honorable Court to clarify the following issues:

1. How, if at all, is the Mask Mandate imposed by this Court [Doc. 48] affected by this Stay Order?

2. If the Mask Mandate is not affected by the Stay Order, does the Reporting Requirement imposed by this Court [Doc. 48] continue?

---

[1] Filed today also were a Motion and two Responses to Motions which KCBOE had filed out of an abundance of caution and so as to meet procedural deadlines and to avoid unnecessary delay in the event of an unfruitful mediation.

1

KCBOE makes seeks this clarification so that it might comply with the intent of the Court, and its Order(s).

Respectfully submitted,

s/David M. Sanders
David M. Sanders (BPR # 016885)
Amanda Lynn Morse (BPR # 032274)
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
(865) 215-2327

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on the date recorded by the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

s/David M. Sanders
David M. Sanders