UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, and KNOX COUNTY BOARD OF EDUCATION, )<br>)<br>)<br>)<br>Defendants. ) | No. 3:21-CV-00317-JRG-DCP |

## **ORDER**

This matter is before the Court on Defendant Knox County Board of Education's Motion for Clarification and/or Guidance [Doc. 121]. The mask mandate and the reporting requirement remain in full effect. The Clerk of Court is **DIRECTED** to terminate the Knox County Board of Education's motion [Doc. 121].

So ordered.

ENTER:

                                                                            s/J. RONNIE GREER
                                                    UNITED STATES DISTRICT JUDGE