UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **S.B., a minor student, by and through his parents, M.B. and L.H.,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:21-cv-00317-JRG-DCP ) |
| **GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION,** | ) ) ) ) ) |
| Defendants. | ) |

**RESPONSE OF GOVERNOR BILL LEE TO PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE**

Defendant Bill Lee, in his official capacity as Governor of the State of Tennessee ("State Defendant"), responds to Proposed Intervenor-Defendants' Motion to Intervene. (ECF 115.) The State Defendant takes no position as to proposed intervenors' contention that they are entitled to intervention of right pursuant to Fed. R. Civ. P. Rule 24(a).

1

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

*/s/ Reed Smith*
Reed Smith VA Bar No. 77334*
Acting Assistant Attorney General
Martha H. McCampbell #013265
Assistant Attorney General
*\*Admitted pro hac vice*

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov
Marty.McCampbell@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of March, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

*/s/ Reed N. Smith*
Reed N. Smith, (VA BN 77334)*
Assistant Attorney General
*–Admitted pro hac vice*

2

Case 3:21-cv-00317-JRG-DCP   Document 125   Filed 03/18/22   Page 2 of 2   PageID #: 2006