UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:21-CV-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, and KNOX COUNTY BOARD OF EDUCATION, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Defendant Knox County Board of Education's Motion to Hold Public Meeting in Mediation [Doc. 127]. Plaintiffs do not oppose the motion. [*Id.* at 3]. The motion is **GRANTED**.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE