# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:21-cv-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT GOVERNOR LEE'S NOTICE OF RELIEF FROM LOCAL RULE 16.4(l)

The parties are scheduled to mediate the above-captioned matter on April 18, 2022. Under Local Rule 16.4(l), "[u]nless excused by the Mediator in writing, all parties, or party representatives . . . shall be present at the Mediation Conference with full authority to negotiate a settlement." Representatives for Governor Lee will be in attendance with authority to negotiate a settlement. Pursuant to Tennessee law, including but not limited to Tenn. Code Ann. § 20-13-103, any settlement must subsequently be approved by the Tennessee Attorney General, and in certain instances, the Governor and Comptroller. Accordingly, any settlement negotiated by the Governor's representatives at mediation will be subject to subsequent approval by the required state authorities.

Counsel for the Governor has discussed these requirements with the Mediator, who has agreed in writing that these terms are sufficient under Local Rule 16.4(l).

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

*/s/ Reed Smith*
*Reed Smith VA Bar No. 77334
Acting Assistant Attorney General
Martha H. McCampbell (TN BPR No. 013265)
Assistant Attorney General
*Admitted Pro Hac Vice*
Office of the Tennessee Attorney General
Health Care Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov
Marty.McCampbell@ag.tn.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this the 14th day of April, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

              *s/ Reed N. Smith*
              Reed N. Smith, (VA BN 77334)*
              Assistant Attorney General
              *\*admitted pro hac vice*

3

Case 3:21-cv-00317-JRG-DCP   Document 129   Filed 04/14/22   Page 3 of 3   PageID #: 2016