FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR: **Daryl R. Fansler, Esq.**
**Bernstein, Stair & McAdams LLP**
~~116 Agnes Road~~
**Knoxville, TN 37919**

CASE NAME & NUMBER: **S.B., et al. v.Governor Bill Lee and Knox County Board of Education**
**Case No. 3:21-cv-00317-JRG-DCP**

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference..

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(l)?

   __X__ YES  _____ NO[2]

2. Did the case settle?  **Partially**

   **with KCBE** YES  **Governor Lee** NO

3. Is mediation to be conducted at a later date?

   _____ YES  __X__ NO

4. Was mediation terminated without settlement?

   _____ YES  __X__ NO

   _/s/ Daryl R. Fansler_
   Signature of Certified Mediator

   Date: **April 20, 2022**

(Rev. 6/06)

---

[1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more.

[2] If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem.