IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF S.B., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, M.B. AND L.H.; <br><br> M.S., A MINOR STUDENT, BY AND THROUGH HER PARENT, K.P.; <br><br> T.W., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, M.W. J.W., AND <br><br> M.K. A MINOR STUDENT, BY AND THROUGH HER PARENT, S.K. <br><br> PLAINTIFFS. <br><br> VS. <br><br> GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) 3:21–cv–00317–JRG–DCP ) JUDGE GREER ) ) ) ) ) |

## SETTLEMENT AGREEMENT

The provisions of this Settlement Agreement apply to the Plaintiffs, S.B., a minor, through M.B. and L.H.; M.S., a minor, through K.P.; T.W. a minor, through M.W. and J.W.; and M.K., a minor, through S.K. ("Plaintiffs"); and the Knox County Board of Education ("Board"). They agree as follows:

1. Plaintiffs and the Board will jointly move the Court to dissolve the preliminary injunction and dismiss Knox County Board of Education with prejudice.

Plaintiffs have consulted with the CDC, the American Academy of Pediatrics, and its own health experts in reaching this decision.

2. Plaintiffs and Board release any claims against the other up through the date of dismissal.

3. The Board will dismiss its appeal in the Sixth Circuit Court of Appeals.

4. The Board approves payment of $145,000.00 to Plaintiffs' attorneys.

5. Payment to issue within 10 days of the District Court dissolving the injunction.

6. The Governor is not a party to this release, nor are claims or attorneys' fees against the Governor released as part of this agreement.

7. The Board will pay its 1/3 share of the mediator's fees through date of execution of this settlement agreement.

8. An order conforming to the attachment hereto will be submitted to the District Court.

[signatures]

David M. Sanders
Atty for Knox Co. BOE

Amanda Lynn Mose
Atty for KCBOE

by MB for Plaintiffs

## AGREED ORDER

Upon the Joint Motion of Plaintiffs and the Knox County Board of Education for Settlement Approval, the Court has reviewed the proposed Settlement Agreement. In consideration of that agreement, and by agreement of the Plaintiffs and their experts, the federally ordered mask mandate is hereby dissolved. The Settlement between Plaintiffs and the Knox County Board of Education is approved. This matter is dismissed with prejudice as to the Knox County Board of Education. All other pending motions, other than attorneys' fees involving Governor Lee, are dismissed as moot.

SO ORDERED on \_\_\_\_ day of April 2022.