UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:21-CV-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, and KNOX COUNTY BOARD OF EDUCATION, ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs' and Defendant Knox County Board of Education's Joint Motion to Dismiss the Knox County Board of Education with Prejudice. [Doc. 131]. The motion is **GRANTED**. The claims against the Knox County Board of Education are hereby **DISMISSED with prejudice**, and the preliminary injunction [Doc. 48] against the Knox County Board of Education is hereby **DISSOLVED**. The settlement agreement [Doc. 131-1] is **APPROVED**. All outstanding motions—except Plaintiffs' Motion for Attorneys' Fees and Costs [Doc. 87], to the extent it applies to Defendant Governor Bill Lee only, and Governor Lee's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. 90]—are **DENIED as moot**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
