**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 23, 2022

Mr. Justin Scott Gilbert
Gilbert Law
100 W. Martin Luther King Boulevard
Suite 501
Chattanooga, TN 37402

Mr. David M. Sanders
Knox County Law Department
400 W. Main Street
Suite 612
Knoxville, TN 37902

Re: Case No. 21-6007, *M.B., et al v. William Lee, et al*
Originating Case No. 3:21-cv-00317

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc: Mr. Jeffrey B. Dubner
    Ms. Jessica Grace Ann Jernigan-Johnson
    Mr. Jeffrey P. Justman
    Ms. Amanda Lynn Morse
    Ms. Jessica Anne Morton
    Ms. Jessica Farriis Salonus
    Ms. Samara M. Spence
    Ms. LeAnna Wilson

Enclosure

No mandate to issue

Case No. 21-6007

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

M.B., Parent of Minor S.B.; L.H., Parent of Minor S.B.; M.W., Parent of Minor T.W.; J.W., Parent of Minor T.W.; K.P., Parent of Minor M.S.; S.K.

      Plaintiffs - Appellees

v.

GOVERNOR WILLIAM BYRON LEE

      Defendant

KNOX COUNTY BOARD OF EDUCATION

      Defendant - Appellant

Upon consideration of the joint motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: May 23, 2022