# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF S.B., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, M.B. AND L.H.; | ) ) ) ) |
| M.S., A MINOR STUDENT, BY AND THROUGH HER PARENT, K.P. | ) ) ) |
| T.W., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, M.W. AND J.W. | ) ) ) |
| And | ) ) |
| M.K., A MINOR STUDENT, BY AND THROUGH HER PARENT, S.K | ) ) ) |
| Plaintiffs, | ) ) No. 3:21-cv-00317-JRG-DCP |
| v. | ) ) |
| GOVERNOR BILL LEE, in his official Capacity as GOVERNOR OF TENNESSEE And KNOX COUNTY BOARD OF EDUCATION | ) ) ) ) ) |
| Defendants, | ) ) |
| And | ) ) |
| M.M, A STUDENT WHO HAS REACHED THE AGE OF MAJORITY, and E.M. and D.M., MINOR STUDENTS, BY AND THROUGH THEIR PARENT, P.M. | ) ) ) ) ) |
| Intervenors-Defendants. | ) |

**PROPOSED INTERVENOR-DEFENDANTS' OBJECTION TO THE ORDER FILED ON APRIL 27, 2022, PURSUANT TO FED. R. CIV. P. 46; AND MOTION TO ALTER OR AMEND PURSUANT TO FED. R. CIV. P. 59.04**

Proposed Intervenor-Defendants, MM, EM, and DM (collectively, Intervenors), object to

the order filed on April 27, 2022 [Doc. 133], dismissing their motion to intervene as moot,

and move this Court to alter or amend this order pursuant to Fed. R. Civ. P 59(e).  Intervenors state:

1. Although most precedent on intervention is geared towards parties who attempt to intervene as plaintiffs, an intervenor defendant may continue to litigate issues that are settled by a consent decree by original parties.  See, e.g., Local No. 93, Intern. Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland, 478 U.S. 501, 529 (1986); Benavidez v. Eu, 34 F.3d 825, 830 (9th Cir. 1994), citing Horn v. Eltra Corp., 686 F.2d 439, 440 (6th Cir. 1982).

2. Plaintiffs continue to assert substantive issues in which Intervenors have an interest.  Plaintiffs seek a permanent injunction against Executive Order 84, which provided parents the opportunity to have their children opt out of a face covering mandate imposed by a local school system.  Intervenors have an interest in the ability of Tennessee Gov. Bill Lee to issue executive orders preserving constitutional rights over bodily autonomy, regardless of whether Plaintiffs' proposed ADA remedy is effective or not.

3. Intervenors seek the amendment of this Court's order, so that Intervenors' Motion to Intervene [Doc. 115] is not denied as moot, but is instead restored to the active docket, with the parties resuming the briefing schedule.

Respectfully submitted this 25th day of May, 2022.

*s/ W. Andrew Fox*
W. Andrew Fox, BPR No. 017356
Attorney for Proposed Intervenors
Gilbert & Fox Law Firm
625 S. Gay Street, Ste. 540
Knoxville, TN 37902
Telephone: (865) 525-8800
Facsimile: (865) 525-8200
andy@andrewfoxlaw.com

1

## Certificate of Service

I hereby certify that on the 25th day of May, 2022, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

*s/ W. Andrew Fox*
W. Andrew Fox
Attorney for Intervenor-Defendants

1