**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 3:21-cv-00317-JRG-DCP** |
| **GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION,** | ) | |
| **Defendants.** | ) | |

---

**JOINT NOTICE OF SETTLEMENT**

---

Pursuant to E.D. Tenn. L.R. 68.1, the parties, Plaintiffs S.B., M.S., M.K., and T.W., by and through their parents, and Defendant Bill Lee, Governor of the State of Tennessee, hereby provide notice that they have reached a tentative agreement to settle Plaintiffs' request for attorney's fees and costs and to dismiss Plaintiffs' claims against the Governor. The tentative agreement is subject to the approval of the parties of mutually agreeable settlement documentation and the approval of the appropriate State of Tennessee constitutional officials in accordance with Tenn. Code Ann. § 20-13-103. Once approved, the parties will file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and E.D. Tenn. L.R. 68.1.

Pursuant to this notice, the parties jointly request that the Court stay any filing deadlines until further notice is provided.

Respectfully submitted,

HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER

/s/ Reed N. Smith
*Reed N. Smith VA Bar No. 77334
Assistant Attorney General
Martha H. McCampbell TN BPR No. 013265
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov
Marty.McCampbell@ag.tn.gov
*Admitted Pro Hac Vice

*Counsel for Defendant Governor Bill Lee*

GILBERT LAW, PLC

/s/ Justin S. Gilbert
Justin S. Gilbert TN BPR No. 017079
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

*Counsel for Plaintiffs*

THE SALONUS FIRM, PLC

/s/ Jessica F. Salonus
Jessica F. Salonus TN BPR No. 28158
139 Stonebridge Blvd
Jackson, Tennessee 38305
Phone: (731) 300-0970
Facsimile: (731) 256-5711
jsalonus@salonusfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 18th day of July 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

           */s/ Reed N. Smith*
           Reed N. Smith, (VA BN 77334)*
           Assistant Attorney General
           *–Admitted pro hac vice*

3

Case 3:21-cv-00317-JRG-DCP   Document 147   Filed 07/18/22   Page 3 of 3   PageID #: 2165