UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, )<br>)<br>)<br>)<br>Defendants. ) | No. 3:21-CV-00317-JRG-DCP |

## **ORDER**

This matter is before the Court on a sua sponte review of the record. On July 18, 2022, the parties informed the Court that they had reached a tentative settlement agreement. [Joint Notice, Doc. 147, at 1]. To date, however, the parties have not yet filed a joint stipulation of dismissal. The parties are therefore **ORDERED**, within seven days of this Order's date, to file a joint status report in which they apprise the Court of their progress in consummating their settlement agreement.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE