UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 3:21-cv-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF DEFENDANT GOVERNOR BILL LEE
THAT TENATIVE SETTLEMENT WAS NOT APPROVED
IN ACCORDANCE WITH TENN. CODE ANN. § 20-13-103**

On July 18, 2022, Plaintiffs S.B., M.S., M.K., and T.W., by and through their parents, and Defendant Bill Lee, Governor of the State of Tennessee, filed a Joint Notice of Settlement (ECF No. 147.) in this cause. The Joint Notice advised the Court that those parties had reached a tentative agreement to settle Plaintiffs' request for attorney's fees and costs and to dismiss Plaintiffs' claims against the Governor. The Joint Notice stated that the tentative agreement was subject to the approval of the parties of mutually agreeable settlement documentation and the approval of the appropriate State of Tennessee constitutional officials in accordance with Tenn. Code Ann. § 20-13-103. The purpose of this Notice is to advise the Court that the settlement was not so approved.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*/s/ Reed Smith*
*Reed Smith VA Bar No. 77334
Assistant Attorney General
Martha H. McCampbell TN BPR No. 013265
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov
Marty.McCampbell@ag.tn.gov
*Admitted Pro Hac Vice*

*Counsel for Defendant Governor Bill Lee*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of September 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

*/s/ Reed N. Smith*
Reed N. Smith, (VA BN 77334)*
Assistant Attorney General
**Admitted pro hac vice*