UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:21-CV-00317-JRG-DCP |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and KNOX COUNTY BOARD OF EDUCATION, ) ) ) ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Per the Court's Order of September 12, 2022 (Doc. 148), and the Notice of Defendant Governor Bill Lee (Doc. 149), the parties in this litigation jointly advise the Court that a Tentative Settlement (Doc. 147) of Plaintiffs' Request for Attorney's Fees and Costs and Dismissal of Claims was not approved by the appropriate State of Tennessee constitutional officers in accordance with Tenn. Code Ann. § 20-13-103.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*/s/ Reed Smith*
\*Reed Smith, TN BPR 40059
Assistant Attorney General
*Admitted Pro Hac Vice*
Martha H. McCampbell, BPR# 013265
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
Reed.Smith@ag.tn.gov
Marty.McCampbell@ag.tn.gov

**COUNSEL FOR DEFENDANT BILL LEE, in his official capacity as GOVERNOR of TENNESSEE**

**GILBERT LAW, PLC**

/s/ Justin S. Gilbert
Justin S. Gilbert, BPR# 017079
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, Tennessee 37402
Telephone: (423) 756-8203
Facsimile: (423) 756-2233
justin@schoolandworklaw.com


**THE SALONUS FIRM, PLC**

/s/ Jessica F. Salonus
Jessica F. Salonus BPR# 28158
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
Facsimile: (731) 256-5711
jsalonus@salonusfirm.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 15th day of September, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

            */s/ Reed N. Smith*
            Reed N. Smith, (TN BPR 40059)*
            Assistant Attorney General
            *-Admitted pro hac vice*