UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:21-CV-00317-JRG-DCP ) |
| GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This matter is before the Court on Plaintiffs' Reply to Defendant Lee's Opposition to Plaintiffs' Motion for Summary Judgment or Suggestion of Potential Mootness [Doc. 155], in which Plaintiffs agree with Governor Lee's contention that his case is moot and may now "be concluded through the mootness doctrine," [*id.* at 3]. By agreement of the parties, this case is hereby **DISMISSED as moot**, and all outstanding motions are **DENIED as moot**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                          s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE