UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| S.B., a minor student, by and through his parents, M.B. and L.H. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:21-CV-00317-JRG-DCP ) |
| GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated by the Court in the memorandum opinion filed with this Order, Defendant Governor Bill Lee's Objections to United States Magistrate Judge Debra C. Poplin's Report and Recommendation [Doc. 166] are **SUSTAINED in part** and **OVERRULED in part**. The report and recommendation [Doc. 165] is **ACCEPTED** as to Judge Poplin's conclusion that Plaintiffs are the prevailing party and **MODIFIED** as to her decision on and award of attorneys' fees. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Plaintiffs' Renewed Motion for Attorneys' Fees and Costs [Doc. 157] is **GRANTED in part** and **DENIED in part**, and the Court will compensate Justin S. Gilbert, Esq., at his claimed rate of $500 per hour and will compensate Jessica F. Salonus, Esq., at her claimed rate of $400 per hour. The Court **ORDERS** that Mr. Gilbert and Ms. Salonus recover the following amounts in fees and expenses from Governor Lee:

## ATTORNEY JUSTIN GILBERT

| Total Hours Billed | Reductions in Time | Total Compensable Hours | Hourly Rate | Total Fees | Offset | Total Fees after Offset | Expenses |
|---|---|---|---|---|---|---|---|
| 346.25 | 60.75 | 285.5 | $500 | $142,750 | $100,500 | $42,250 | $1,209.65 |

## ATTORNEY JESSICA SALONUS

| Total Hours Billed | Reductions in Time | Total Compensable Hours | Hourly Rate | Total Fees | Offset | Total Fees after Offset | Expenses |
|---|---|---|---|---|---|---|---|
| 210.25 | 30.6 | 179.65 | $400 | $71,860 | $44,500 | $27,360 | $2,439.63 |

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk